## DES MOINES FIRE INSURANCE COMPANY v. DOGGETT.

No. 1460. Opinion Filed November 16, 1910.

APPEAL AND ERROR—Failure to File Briefs. Syllabus same as in Horner et al. v. Goltry & Sons., 23 Okla. 905.

(Syllabus by the Court.)

*Error from Payne County Court; P. D. Mitchell, Judge.*

Action between H. L. Doggett and The Des Moines Fire Insurance Company. From the judgment, the insurance company brings error. Dismissed.

*Lowry & Lowry,* for plaintiff in error.
*Freeman E. Miller,* for defendant in error.

HAYES, J. No brief was filed in this cause within the time required by rule 7 of this court (20 Okla. vii); and, although an extension of ninety days has been granted and expired, plaintiff in error has yet filed no brief. It follows, upon the authority of *Horner et al. v. Goltry & Sons,* 23 Okla. 905, that defendant in error's motion to dismiss should be sustained, and it is so ordered.

All the Justices concur.